UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TONYA SELLERS,

          Plaintiff,

-vs-                                Case No. 6:04-cv-1459-Orl-28DAB

THRIFTY NICKEL OF ORLANDO, INC.,
W.J. BAUER, INC., CLAYTON FERRILL,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. 16) filed May 18, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     Thee Report and Recommendation filed June 1, 2005 (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Final judgment is entered in favor of Plaintiff and against Defendant Thrifty Nickel of Orlando, Inc. and W.J. Bauer, Inc. d.b.a. Thrifty Nickel Want Ads in the amount of zero dollars in damages, $1,000.00 in attorney's fees, and $285.00 in costs.

3. With respect to the individual Defendant Clayton Ferrill, this case is hereby administratively closed. Plaintiff is required to file a status report every sixty (60) days beginning from the date of this Order regarding the bankruptcy (unless Plaintiff notifies the Court that she wishes to dismiss the claim against Clayton Ferrill).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of June, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party